UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AKMAN FRANCOIS,**

    **Petitioner,**

**v.**                                **CASE NO. 6:11-cv-1103-Orl-35GJK**

**SECRETARY, DEPARTMENT
OF CORRECTIONS, *et al.*,**

    **Respondents.**
_____/

## ORDER

This case is before the Court on Petitioner's Motion for Leave to Amend and Motion to Invoke Stay and Abeyance Procedure (Doc. No. 5). Petitioner asks the Court for permission to file the attached amended habeas petition. *Id.* at 1. Generally, a Petitioner may amend his or her complaint or petition once "as a matter of course within . . . 21 days after serving it, or . . . if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading. . . ." Fed. R. Civ. P. 15(a)(1). "The court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Because the federal habeas petition has not yet been served and no responsive pleading has been filed, Petitioner's Motion for Leave to Amend is granted.

Additionally, Petitioner moves the Court for a stay and abeyance of the proceedings. The United States Supreme Court set forth the law explaining when a district court should grant a motion to stay a mixed petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254:

> [I]t likely would be an abuse of discretion for a district court to deny a stay and to dismiss a mixed petition if the petitioner had good cause for his failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics. In such circumstances, the district court should stay, rather than dismiss, the mixed petition.

*Rhines v. Webster*, 544 U.S. 269, 277-78 (2005).

Petitioner seeks a stay of the instant proceedings so that he can exhaust ground three of his amended habeas petition. Petitioner has a state petition for writ of habeas corpus alleging ineffective assistance of appellate counsel pending in the Fifth District Court of Appeal. This Court finds that Petitioner has provided good cause for staying these proceedings. *See Rhines*, 544 U.S. at 277-78.

Thereon, it is it is **ORDERED AND ADJUDGED:**

1. Petitioner's Motion for Leave to Amend and Motion to Invoke Stay and Abeyance Procedure (Doc. No. 5) is **GRANTED**. The Clerk of Court is directed to file and docket the "Amended Writ of Habeas Corpus" and "Appendix" attached at docket entry 5. Furthermore, this case is **STAYED** pending final resolution of the state court proceedings.

2. Petitioner shall file a motion to reopen this case within **THIRTY (30) DAYS** after a final decision has been rendered regarding the state habeas corpus petition pending in the Fifth District Court of Appeal.

3. The Clerk of the Court is directed to administratively close this case.

4. **Petitioner is advised that failure to comply with the requirements of**

**this Order may result in dismissal of this case without further notice.**

**DONE** and **ORDERED** in Orlando, Florida, this 26th day of August

/s/ MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 8/26
Akman Francois